# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>FERNANDO HERRERA-CRUZ<br>[DOB:12/01/2000]<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:25-mj-03004-WJE.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 18, 2025__ in the county of __Camden__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1)<br>NMT 10 Years Imprisonment<br>NMT $250,000 fine<br>NMT 3 Years Supervised Release<br>Class C Felony | On or about March 18, 2025, in Camden County, in the Western District of Missouri, the defendant, **FERNANDO HERRERA-CRUZ,** an alien, knowingly and voluntarily entered and was found in the United States after having been denied admission, excluded, deported, and removed therefrom: on or about March 30, 2022, at or near Miami, Florida, returned to the country of Mexico; such removal and deportation occurring subsequent to a felony conviction, without having obtained the express consent of the Attorney General of the United States before March 1, 2003, and the Secretary of the Department of Homeland Security after February 28, 2003, to re-apply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a) and (b)(1). |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory Bowie, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 03/24/2025

*Judge's signature*

City and state: Jefferson City, Missouri

Willie J. Epps, Jr., Chief United States Magistrate Judge
*Printed name and title*