# AFFIDAVIT OF HOMELAND SECURITY INVESTIGATIONS SPECIAL AGENT GREGORY BOWIE

I, Gregory Bowie, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the Springfield, Missouri, Resident Office, and have been so employed since March 2001. As part of my duties as an HSI agent, I investigate criminal violations relating to illegal aliens including violations of 8 U.S.C. § 1326(a) and (b)(1), illegal reentry of removed aliens convicted of felonies. I have received training in the area of illegal aliens and have had the opportunity to participate in investigations involving the reentry of illegal aliens.

2. This affidavit is submitted for the limited purpose of obtaining a criminal complaint based on probable cause to believe that Fernando HERRERA-CRUZ committed a violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. The information contained in this affidavit is based upon my own investigation, oral and written reports by other law enforcement officers, and other investigative techniques. Because the purpose of this affidavit is only to establish probable cause to support the issuance of the requested criminal complaint, I have not included every detail of this investigation known to me.

4. On or about March 18, 2025, the Camden County, Missouri, Sheriff's Office arrested Fernando HERRERA-CRUZ during a traffic stop for operating a vehicle without a valid driver's license in Camden County, within the Western District of Missouri. Immigration

1

and Customs Enforcement (ICE) Deportation Officer (DO) Richard Hayes interviewed HERRERA-CRUZ and determined that he is a citizen and national of Mexico, illegally present in the United States.

5. HERRERA-CRUZ was fingerprinted, and it was determined that he was previously removed from the United States under Alien Registration Number A240 467 512. HERRERA-CRUZ claims to have last entered the United States illegally from Mexico at or near Brownsville, Texas, on an unknown date in September of 2023.

6. ICE databases indicate that HERRERA-CRUZ was ordered removed from the United States by an Immigration Judge at Orlando, Florida, on March 18, 2022. On March 30, 2022, HERRERA-CRUZ was removed from the United States to Mexico at Miami, Florida.

7. A review of HERRERA-CRUZ's criminal history indicates that on February 24, 2022, he was convicted of the felony offenses of cocaine possession and cruelty towards a child in Escambia County, Florida. HERRERA-CRUZ was sentenced to 75 days confinement. HERRERA-CRUZ was turned over to ICE for removal after this conviction and was removed to Mexico.

8. A review of HERRERA-CRUZ's official immigration file and ICE computer indices indicate no record that he ever applied for, or obtained permission to apply for, enter into, or remain in the United States from the Attorney General or the Secretary of the Department of Homeland Security after deportation.

9. Based on my training and experience, and for the reasons stated above, I believe probable cause exists that Fernando HERRERA-CRUZ committed a violation of Title 8, United States

Code, Section 1326(a) and (b)(1), that is illegal reentry of removed alien, convicted of a felony.

Further your affiant sayeth naught.

*Gregory Bowie* (signature)
Gregory Bowie
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of March, 2025.

*Willie J. Epps Jr.* (signature)
HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri