# ATTACHMENT A

# CRIMINAL CHARGE

On or about March 18, 2025, in Camden County, in the Western District of Missouri, the defendant, **FERNANDO HERRERA-CRUZ,** an alien, knowingly and voluntarily entered and was found in the United States after having been denied admission, excluded, deported, and removed therefrom: on or about March 30, 2022, at or near Miami, Florida, returned to the country of Mexico; such removal and deportation occurring subsequent to a felony conviction, without having obtained the express consent of the Attorney General of the United States before March 1, 2003, and the Secretary of the Department of Homeland Security after February 28, 2003, to re-apply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

**RANGE OF PUNISHMENT:**

8 U.S.C. § 1326(a) and (b)(1)
NMT 10 Years Imprisonment
NMT $250,000 fine
NMT 3 Years Supervised Release
Class C Felony

$100 Mandatory Special Assessment