IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **FERNANDO HERRERA-CRUZ**, <br><br> Defendant. | No. 2:25-mj-030004-WJE |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION AND CONTINUANCE OF HEARING DATE

COMES NOW the United States of America, by and through Jeffrey P. Ray, Acting United States Attorney for the Western District of Missouri, and moves the Court for its Order setting a pretrial detention hearing pursuant to Title 18, United States Code, Section 3142(f), for the purpose of presenting evidence to determine whether any condition or combination of conditions of release will reasonably assure the appearance of the defendant, Fernando Herrera-Cruz, as required by the Court. The Government also moves for a continuance of three (3) days for a hearing on this Motion as provided in 18 U.S.C. § 3142(f). The Government moves the Court to detain the defendant pending trial in this matter. As grounds for this Motion, the Government submits that:

1. A Complaint was filed on March 24, 2025, charging the defendant with one count of unlawful reentry after deportation, in violation of 8 U.S.C. § 1326(a).

2. Under 18 U.S.C. § 3142(f)(2), the Court may hold a detention hearing upon motion for the Government, in a case that involves, "(A) a serious risk that such person [defendant] will flee. . ."

3. The Government submits that the evidence in this case will establish by a preponderance that the defendant is a serious flight risk.

4. The defendant was arrested in Camden County, Missouri, on March 18, 2025, for operating a vehicle without a valid license. The defendant was interviewed and determined to be a citizen of Mexico and illegally present in the United States.

5. The defendant was previously removed from the U.S. pursuant to an order of removal dated March 18, 2022, following convictions for felony possession of a controlled substance and cruelty toward a child.

6. The defendant appears to have no family in the community and very little ties to the mid-Missouri area. It appears that all his family members reside in Mexico.

7. At the time of his arrest, the defendant admitted that he had unlawfully reentered the U.S., therefore, the weight of the evidence against the defendant is strong.

8. The defendant continues to be subject to an ICE detainer.

9. Given the defendant's tenuous ties to the community, his prior criminal history, and his prior failure to comply with U.S. laws and orders, the defendant presents a serious risk of flight and should be detained pending trial.

WHEREFORE, based on the foregoing, the Government requests that the Court hold a detention hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

Respectfully submitted,

**Jeffrey P. Ray**
Acting United States Attorney

By   */s/ Jim Lynn*

**Jim Lynn**
Assistant United States Attorney
Missouri Bar No. 32140

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on March 24, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Jim Lynn*

**Jim Lynn**
Assistant United States Attorney